B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Western District of Louisiana

In re  **SA-ENC Blu Fountain, LLC**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) *Name of creditor and complete mailing address including zip code* | (2) *Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted* | (3) *Nature of claim (trade debt, bank loan, government contract, etc.)* | (4) *Indicate if claim is contingent, unliquidated, disputed, or subject to setoff* | (5) *Amount of claim [if secured, also state value of security]* |
|---|---|---|---|---|
| AIRGAS USA, LLC<br>P. O . BOX 532609<br>ATLANTA, GA 30353-2609 | AIRGAS USA, LLC<br>P. O . BOX 532609<br>ATLANTA, GA 30353-2609 | TRADE | | 1,520.69 |
| ALTON MEMORIAL HOSPITAL<br>PO BOX 602461<br>ST. LOUIS, MO 63160 | ALTON MEMORIAL HOSPITAL<br>PO BOX 602461<br>ST. LOUIS, MO 63160 | TRADE | | 3,354.02 |
| CHAMPION SCALE, LTD.<br>3849 SO BROADWAY<br>ST. LOUIS, MO 63118 | CHAMPION SCALE, LTD.<br>3849 SO BROADWAY<br>ST. LOUIS, MO 63118 | TRADE | | 675.00 |
| CUTTING EDGE LAWN SERVICES LLC<br>5008 SOUTHWOOD DRIVE<br>GODFREY, IL 62035 | CUTTING EDGE LAWN SERVICES LLC<br>5008 SOUTHWOOD DRIVE<br>GODFREY, IL 62035 | TRADE | | 5,506.00 |
| DAN'S UPHOLSTERY & REPAIR<br>927 E. BROADWAY<br>ALTON, IL 62002 | DAN'S UPHOLSTERY & REPAIR<br>927 E. BROADWAY<br>ALTON, IL 62002 | TRADE | | 3,700.00 |
| DIRECT SUPPLY<br>6767 N INDUSTRIAL ROAD<br>MILWAUKEE, WI 53223 | DIRECT SUPPLY<br>6767 N INDUSTRIAL ROAD<br>MILWAUKEE, WI 53223 | TRADE | | 68,757.44 |
| DIRECT SUPPLY LOCAL SERVICES<br>6767 N INDUSTRIAL ROAD<br>MILWAUKEE, WI 53223 | DIRECT SUPPLY LOCAL SERVICES<br>6767 N INDUSTRIAL ROAD<br>MILWAUKEE, WI 53223 | TRADE | | 3,395.33 |
| ENCORE NURSING CENTER PARTNERS<br>707 WESTCHESTER AVENUE<br>#401<br>WHITE PLAINS, NY 10604 | ENCORE NURSING CENTER PARTNERS<br>707 WESTCHESTER AVENUE<br>#401<br>WHITE PLAINS, NY 10604 | TRADE | | 18,315.00 |
| FOX MED-EQUIP SERVICES, INC.<br>1832 VANDALIA<br>COLLINSVILLE, IL 62234 | FOX MED-EQUIP SERVICES, INC.<br>1832 VANDALIA<br>COLLINSVILLE, IL 62234 | TRADE | | 1,432.89 |

B4 (Official Form 4) (12/07) - Cont.

In re **SA-ENC Blu Fountain, LLC** Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **GAMMA HEALTHCARE, INC.** 1717 WEST MAUD POPLAR BLUFF, MO 63901 | GAMMA HEALTHCARE, INC. 1717 WEST MAUD POPLAR BLUFF, MO 63901 | TRADE | | 2,410.76 |
| **HEALTHCARE SERVICES GROUP, INC.** 3220 TILLMAN DRIVE SUITE 300 BENASALEM, PA 19020 | HEALTHCARE SERVICES GROUP, INC. 3220 TILLMAN DRIVE SUITE 300 BENASALEM, PA 19020 | TRADE | | 104,117.67 |
| **HOME PHARMACY SERVICES, LLC.** 345 DUNN ROAD ATTN: JASON FLORISSANT, MO 63031 | HOME PHARMACY SERVICES, LLC. 345 DUNN ROAD ATTN: JASON FLORISSANT, MO 63031 | TRADE | | 52,075.35 |
| **KONE INC.** P.O. BOX 429 MOLINE, IL 61266-0429 | KONE INC. P.O. BOX 429 MOLINE, IL 61266-0429 | TRADE | | 1,693.20 |
| **MEDLINE INDUSTRIES** PO BOX 382075 PITTSBURGH, PA 15251-8075 | MEDLINE INDUSTRIES PO BOX 382075 PITTSBURGH, PA 15251-8075 | TRADE | | 80,900.97 |
| **MOBILEX USA / SYMPHONY INC.** 930 RIDGEBROOK ROAD 3RD FLOOR SPARKS GLENCOE, MD 21152 | MOBILEX USA / SYMPHONY INC. 930 RIDGEBROOK ROAD 3RD FLOOR SPARKS GLENCOE, MD 21152 | TRADE | | 1,394.75 |
| **OUTCOME SERVICES OF ILLINOIS, INC.** 630 N. 3RD STREET BREESE, IL 62230 | OUTCOME SERVICES OF ILLINOIS, INC. 630 N. 3RD STREET BREESE, IL 62230 | TRADE | | 1,144.50 |
| **PRAIRIE FARMS** 1100 BROADWAY CARLINVILLE, IL 62626 | PRAIRIE FARMS 1100 BROADWAY CARLINVILLE, IL 62626 | TRADE | | 2,250.28 |
| **SAINT ANTHONY'S HEALTH CENTER** PO BOX 340 ALTON, IL 62002-0340 | SAINT ANTHONY'S HEALTH CENTER PO BOX 340 ALTON, IL 62002-0340 | TRADE | | 588.00 |
| **STAPLES ADVANTAGE** 7347 S. REVERE PKWY BUILDING B-200 CENTENNIAL, CO 80112 | STAPLES ADVANTAGE 7347 S. REVERE PKWY BUILDING B-200 CENTENNIAL, CO 80112 | TRADE | | 1,130.35 |
| **T.F.S. WHOLESALE PRODUCE** 365 E. EDWARDSVILLE RD. WOOD RIVER, IL 62095 | T.F.S. WHOLESALE PRODUCE 365 E. EDWARDSVILLE RD. WOOD RIVER, IL 62095 | TRADE | | 1,135.06 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Designated Officer of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **May 20, 2015**  Signature **/s/ Raymond Mulry**
**Raymond Mulry**
**Designated Officer**

*Penalty for making a false statement or concealing property*: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.