.

# United States Bankruptcy Court
## Western District of Louisiana

In re     **SA-ENC Blu Fountain, LLC**                               ,     Case No.    **15-50613**

                                         Debtor

Chapter              **11**

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 43,041.96 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 6,002,007.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 250.00 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 9 | | 2,700,561.40 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 2 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 19 | | | |
| Total Assets | | | 43,041.96 | | |
| Total Liabilities | | | | 8,702,818.40 | |

In re __SA-ENC Blu Fountain, LLC_____,  Case No. __15-50613_____

Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | |
|---|---|---|
| Sub-Total > | **0.00** | (Total of this page) |
| Total > | **0.00** | |

__0__ continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

In re    **SA-ENC Blu Fountain, LLC**          Case No.    **15-50613**

                     Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

     **Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.   Cash on hand | X | | | |
| 2.   Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.   Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.   Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.   Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.   Wearing apparel. | X | | | |
| 7.   Furs and jewelry. | X | | | |
| 8.   Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.   Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.   Annuities. Itemize and name each issuer. | X | | | |

|  | Sub-Total > | **0.00** |
|---|---|---|
|  | (Total of this page) | |

  **2**   continuation sheets attached to the Schedule of Personal Property

In re **SA-ENC Blu Fountain, LLC** ,  Case No. **15-50613**
Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | | **Net of uncollectibles** **Location: 4 West Red Oak Lane, Suite 201, White Plains, NY 10604** | - | 43,041.96 |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |

Sub-Total >  43,041.96
(Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

In re   **SA-ENC Blu Fountain, LLC**                     ,     Case No.   **15-50613**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | |
|---|---|
| Sub-Total > (Total of this page) | 0.00 |
| Total > | 43,041.96 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

In re     **SA-ENC Blu Fountain, LLC**                  Case No.    **15-50613**

                                 Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | **January 1, 2007** | | | | | |
| **ENCORE NURSING CENTER PARTNERS LIMITED PARTNERSHIP-85 707 WESTCHESTER AVENUE, #401 WHITE PLAINS, NY 10604** | - | | **Promissory Note** **Property defined in Loan and Security Agreement dated January 1, 2007** | | | X | | |
| | | | Value $           **0.00** | | | | **6,002,007.00** | **Unknown** |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| | | | Value $ | | | | | |

  **0**   continuation sheets attached

| | Subtotal (Total of this page) | **6,002,007.00** | **0.00** |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | **6,002,007.00** | **0.00** |

.

In re    **SA-ENC Blu Fountain, LLC**                               Case No.   **15-50613**

                                       Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                           **1**      continuation sheets attached

In re **SA-ENC Blu Fountain, LLC** ,     Case No. **15-50613**

Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

**Taxes and Certain Other Debts**
**Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. | | | Filing Fee | | | | | | |
| **DELAWARE SECRETARY OF STATE DIVISION OF CORPORATIONS 401 FEDERAL STREET, STE. 4 DOVER, DE 19901** | - | | | | | | 250.00 | 0.00 | 250.00 |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| Account No. | | | | | | | | | |
| | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | Subtotal (Total of this page) | 0.00 | |
|---|---|---|---|
| | | 250.00 | 250.00 |
| | Total (Report on Summary of Schedules) | 0.00 | |
| | | 250.00 | 250.00 |

In re    **SA-ENC Blu Fountain, LLC**                                      ,    Case No.    __**15-50613**__

                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **AIRGAS USA, LLC** <br> **P. O . BOX 532609** <br> **ATLANTA, GA 30353-2609** | - | | **TRADE** | | | | **1,520.69** |
| Account No. <br><br> **ALTON MEMORIAL HOSPITAL** <br> **PO BOX 602461** <br> **ST. LOUIS, MO 63160** | - | | **TRADE** | | | | **3,354.02** |
| Account No. <br><br> **ALTON MULTISPECIALISTS, LTD.** <br> **PO BOX 472** <br> **EDWARDSVILLE, IL 62025** | - | | **TRADE** | | | | **160.00** |
| Account No. <br><br> **ALTON WINNELSON** <br> **1400 EAST BROADWAY** <br> **ALTON, IL 62002** | - | | **TRADE** | | | | **5.09** |

|  |  | Subtotal <br> (Total of this page) | **5,039.80** |
|---|---|---|---|

__8__   continuation sheets attached

In re **SA-ENC Blu Fountain, LLC** _____,  Case No. **15-50613** _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE | | | | |
| **BUSH REFRIGERATION, INC.** 4539 N. ALBY ROAD GODFREY, IL 62035 | - | | | | | | 263.34 |
| Account No. | | | TRADE | | | | |
| **CHAMPION SCALE, LTD.** 3849 SO BROADWAY ST. LOUIS, MO 63118 | - | | | | | | 675.00 |
| Account No. | | | TRADE | | | | |
| **CHEQ PROCESSING, LLC** 9400 N CENTRAL EXPY STE 1210 DALLAS, TX 75231 | - | | | | | | 30.00 |
| Account No. | | | TRADE | | | | |
| **CHG LEGACY GROUP & AFFILIATES** 4 WEST RED OAK LANE SUITE 201 WHITE PLAINS, NY 10604 | - | | | | | | 2,341,000.18 |
| Account No. | | | TRADE | | | | |
| **CUTTING EDGE LAWN SERVICES LLC** 5008 SOUTHWOOD DRIVE GODFREY, IL 62035 | - | | | | | | 5,506.00 |

Sheet no. **1** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)  **2,347,474.52**

In re   **SA-ENC Blu Fountain, LLC**              ,      Case No.   **15-50613**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE | | | | |
| **DAN'S UPHOLSTERY & REPAIR** **927 E. BROADWAY** **ALTON, IL 62002** | - | | | | | | 3,700.00 |
| Account No. | | | TRADE | | | | |
| **DIRECT SUPPLY** **6767 N INDUSTRIAL ROAD** **MILWAUKEE, WI 53223** | - | | | | | | 68,757.44 |
| Account No. | | | TRADE | | | | |
| **DIRECT SUPPLY LOCAL SERVICES** **6767 N INDUSTRIAL ROAD** **MILWAUKEE, WI 53223** | - | | | | | | 3,395.33 |
| Account No. | | | TRADE | | | | |
| **FOX MED-EQUIP SERVICES, INC.** **1832 VANDALIA** **COLLINSVILLE, IL 62234** | - | | | | | | 1,432.89 |
| Account No. | | | TRADE | | | | |
| **GAMMA HEALTHCARE, INC.** **1717 WEST MAUD** **POPLAR BLUFF, MO 63901** | - | | | | | | 2,410.76 |

Sheet no. __2__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **79,696.42**

In re __SA-ENC Blu Fountain, LLC_____,   Case No. ___15-50613_____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | | | | | |
| **GODFREY REHABILITATION AND NURSING CENTER, LLC 240 FENCL LANE HILLSIDE, IL 60162** | - | | | X | | | 0.00 |
| Account No. | | | FOR NOTICE PURPOSE ONLY | | | | |
| **HAROLD EMDE c/o ROBERT H. GREGORY OFFICE OF ROBERT H. GREGORY PC 970 E. AIRLINE DRIVE, STE. 3 EAST ALTON, IL 62024** | - | | | | | | 0.00 |
| Account No. | | | TRADE | | | | |
| **HEALTHCARE SERVICES GROUP, INC. 3220 TILLMAN DRIVE SUITE 300 BENASALEM, PA 19020** | - | | | | | | 104,117.67 |
| Account No. | | | TRADE | | | | |
| **HOME PHARMACY SERVICES, LLC. 345 DUNN ROAD ATTN: JASON FLORISSANT, MO 63031** | - | | | | | | 52,075.35 |
| Account No. | | | TRADE | | | | |
| **KONE INC. P.O. BOX 429 MOLINE, IL 61266-0429** | - | | | | | | 1,693.20 |

Sheet no. __3___ of __8___ sheets attached to Schedule of   Subtotal
Creditors Holding Unsecured Nonpriority Claims   (Total of this page)   | 157,886.22 |

In re __SA-ENC Blu Fountain, LLC__ , Case No. ___15-50613___

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>MEDLINE INDUSTRIES<br>PO BOX 382075<br>PITTSBURGH, PA 15251-8075 | | - | TRADE | | | | 80,900.97 |
| Account No. <br><br>MIDEASTERN PLUMBING, HEATING<br>& AIR CONDITIONING<br>P.O. BOX 233<br>CARLYLE, IL 62231 | | - | TRADE | | | | 30.86 |
| Account No. <br><br>MOBILEX USA / SYMPHONY INC.<br>930 RIDGEBROOK ROAD<br>3RD FLOOR<br>SPARKS GLENCOE, MD 21152 | | - | TRADE | | | | 1,394.75 |
| Account No. <br><br>NATIONAL DATACARE<br>CORPORATION<br>PROCESSING CENTER<br>P.O. BOX 222430<br>CHANTILLY, VA 20153-2430 | | - | FOR NOTICE PURPOSE ONLY | | | | 0.00 |
| Account No. <br><br>NEOPOST, INC.<br>25880 NETWORK PLACE<br>CHICAGO, IL 60673-1258 | | - | TRADE | | | | 160.16 |

Sheet no. __4___ of __8___ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page) | 82,486.74

In re   **SA-ENC Blu Fountain, LLC**                ,      Case No.    **15-50613**

                                           Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**ORTHOPAEDIC & SPORTS MED.**<br>**1013 NORTH 5TH AVE**<br>**STE. 7**<br>**ROME, GA 30165** | | - | | TRADE | | | | 72.71 |
| Account No.<br><br>**ORTHOPEDIC & SPORTS MEDICINE**<br>**CLINIC P.C.**<br>**4411 ALBY STREET**<br>**ALTON, IL 62002** | | - | | TRADE | | | | 500.56 |
| Account No.<br><br>**OUTCOME SERVICES OF ILLINOIS,**<br>**INC.**<br>**630 N. 3RD STREET**<br>**BREESE, IL 62230** | | - | | TRADE | | | | 1,144.50 |
| Account No.<br><br>**PRAIRIE FARMS**<br>**1100 BROADWAY**<br>**CARLINVILLE, IL 62626** | | - | | TRADE | | | | 2,250.28 |
| Account No.<br><br>**RECOGNITION WORKS**<br>**8790-D PLATA LANE**<br>**ATASCADERO, CA 93422** | | - | | TRADE | | | | 385.40 |

Sheet no. __5__ of __8__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

                       Subtotal<br>(Total of this page)     **4,353.45**

In re **SA-ENC Blu Fountain, LLC**                                          Case No. **15-50613**
_____,
                                   Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | TRADE | | | | | | |
| RETINA CONSULTANTS LTD THE RETINA INSTITUTE 1600 SOUTH BRETHWOOD SUITE 800 ST. LOUIS, MO 63144 | - | | | | | | | 322.47 |
| Account No. | | TRADE | | | | | | |
| RIGDON SEWER SERVICE 2212 GILLIS STREET ALTON, IL 62002 | - | | | | | | | 165.00 |
| Account No. | | RENT | | | | | | |
| SA-ENC MASTER TENANT, LLC 4 WEST RED OAK LANE, SUITE 201 WHITE PLAINS, NY 10604 | - | | | | | | | 18,315.00 |
| Account No. | | TRADE | | | | | | |
| SAINT ANTHONY'S HEALTH CENTER PO BOX 340 ALTON, IL 62002-0340 | - | | | | | | | 588.00 |
| Account No. | | TRADE | | | | | | |
| SHRED-IT 1885 W SR 84 SUITE 106 FT LAUDERDALE, FL 33315 | - | | | | | | | 430.00 |

Sheet no. **6** of **8** sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)     **19,820.47**

In re **SA-ENC Blu Fountain, LLC** _____ , Case No. _____15-50613_____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | TRADE | | | | |
| SHRED-IT 4801 PARK 370 BLVD. HAZELWOOD,, MO 63042 | - | | | | | | 157.50 |
| Account No. | | | TRADE | | | | |
| SOUTHERN ILLINOIS HEALTHCARE FOUNDATION, INC. DR. SHAILAJA PULISETTY, M.D. 8080 STATE STREET EAST ST. LOUIS, IL 62203 | - | | | | | | 346.00 |
| Account No. | | | TRADE | | | | |
| ST. PETER'S HARDWARE 2502 STATE STREET ALTON, IL 62002 | - | | | | | | 118.37 |
| Account No. | | | TRADE | | | | |
| STAPLES ADVANTAGE 7347 S. REVERE PKWY BUILDING B-200 CENTENNIAL, CO 80112 | - | | | | | | 1,130.35 |
| Account No. | | | TRADE | | | | |
| STATE FIRE MARSHAL 1035 STEVENSON DRIVE SPRINGFIELD, IL 62703 | - | | | | | | 75.00 |

Sheet no. __7__ of __8__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

1,827.22

In re **SA-ENC Blu Fountain, LLC** , Case No. **15-50613**
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | TRADE | | | | |
| **T.F.S. WHOLESALE PRODUCE** **365 E. EDWARDSVILLE RD.** **WOOD RIVER, IL 62095** | - | | | | | | | 1,135.06 |
| Account No. | | | | TRADE | | | | |
| **THE TELEGRAPH** **PO BOX 690** **MIAMISBURG, OH 45342** | - | | | | | | | 420.32 |
| Account No. | | | | TRADE | | | | |
| **WASHINGTON UNIVERSITY** **PO BOX 60352** **ST. LOUIS, MO 63160** | - | | | | | | | 249.00 |
| Account No. | | | | TRADE | | | | |
| **WOOD RIVER GLASS COMPANY** **243 SOUTH 6TH STREET** **WOOD RIVER, IL 62095** | - | | | | | | | 172.18 |
| Account No. | | | | | | | | |

| Sheet no. **8** of **8** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | 1,976.56 |
|---|---|---|
| | Total (Report on Summary of Schedules) | 2,700,561.40 |

In re    **SA-ENC Blu Fountain, LLC**        Case No.    **15-50613**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **Barton Land Company, LLC**<br>**1521 W. Delmar**<br>**Godfrey, IL 62305** | **Self-Storage Rental Agreement dated April 21, 2009.** |
| **Encore Cypress LLC**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** | **Master Lease and Security Agreement dated January 1, 2007.** |
| **Godfrey Rehabilitation and**<br>**Nursing Center, LLC**<br>**240 Fencl Lane**<br>**Hillside, IL 60162** | **Operations Transfer Agreement dated January 14, 2014.** |
| **SA-ENC Master Tenant, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Facility Sublease and Security Agreement dated July 16, 2007.** |

  **0**

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Software Copyright (c) 1996-2014 - Best Case, LLC - www.bestcase.com        Best Case Bankruptcy

.

In re   **SA-ENC Blu Fountain, LLC**                                       Case No.    **15-50613**

                                             Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SA-ENC Fort Myers, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Encore Nursing Center Partners**<br>**Limited Partnership-85**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** |
| **SA-ENC Fort Myers, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Direct Supply**<br>**6767 N. Industrial Road**<br>**Milwaukee, WI 53223** |
| **SA-ENC Glennon Place ALF, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Encore Nursing Center Partners**<br>**Limited Partnership-85**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** |
| **SA-ENC Glennon Place, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Encore Nursing Center Partners**<br>**Limited Partnership-85**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** |
| **SA-ENC Glennon Place, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Direct Supply**<br>**6767 N. Industrial Road**<br>**Milwaukee, WI 53223** |
| **SA-ENC Operator Holdings, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Encore Nursing Center Partners**<br>**Limited Partnership-85**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** |
| **SA-ENC Operator Holdings, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Direct Supply**<br>**6767 N. Industrial Road**<br>**Milwaukee, WI 53223** |
| **SA-ENC Park Haven, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Encore Nursing Center Partners**<br>**Limited Partnership-85**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** |
| **SA-ENC Park Haven, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Direct Supply**<br>**6767 N. Industrial Road**<br>**Milwaukee, WI 53223** |
| **SA-ENC Sunrise GP, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Encore Nursing Center Partners**<br>**Limited Partnership-85**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** |

**1**

____ continuation sheets attached to Schedule of Codebtors

In re     **SA-ENC Blu Fountain, LLC**                                          ,     Case No.     **15-50613**

Debtor

# SCHEDULE H - CODEBTORS
### (Continuation Sheet)

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **SA-ENC Sunrise GP, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Direct Supply**<br>**6767 N. Industrial Road**<br>**Milwaukee, WI 53223** |
| **SA-ENC Tonganoxie, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Encore Nursing Center Partners**<br>**Limited Partnership-85**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** |
| **SA-ENC Tonganoxie, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Direct Supply**<br>**6767 N. Industrial Road**<br>**Milwaukee, WI 53223** |
| **SA-ENC VIP Manor, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Encore Nursing Center Partners**<br>**Limited Partnership-85**<br>**707 Westchester Ave., #401**<br>**White Plains, NY 10604** |
| **SA-ENC VIP Manor, LLC**<br>**4 West Red Oak Lane, Suite 201**<br>**White Plains, NY 10604** | **Direct Supply**<br>**6767 N. Industrial Road**<br>**Milwaukee, WI 53223** |

Sheet ___1___ of ___1___ continuation sheets attached to the Schedule of Codebtors

# United States Bankruptcy Court
## Western District of Louisiana

In re    **SA-ENC Blu Fountain, LLC**              Case No.    **15-50613**

                            Debtor(s)                  Chapter    **11**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the Designated Officer of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of   **21**   sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date    **June 17, 2015**                  Signature    **/s/ Raymond Mulry**
                                                    **Raymond Mulry**
                                                    **Designated Officer**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Software Copyright (c) 1996-2014 Best Case, LLC - www.bestcase.com                        Best Case Bankruptcy