**SO ORDERED.**

**SIGNED November 4, 2016.**



_____
**ROBERT SUMMERHAYS**
**UNITED STATES BANKRUPTCY JUDGE**

_____

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| In re ) | |
| ) | Chapter 11 |
| NEW LOUISIANA HOLDINGS, LLC, ) | |
| ) | Case No. 14-50756 |
| Debtor. ) | |

**ORDER SUSTAINING SECOND OMNIBUS OBJECTION TO CLAIMS**
**AS TO CLAIM OF ENCORE NURSING CENTER PARTNERS**

Upon consideration of the Second Omnibus Objection to Claims (the "Objection")[1] the Official Committee of Unsecured Creditors ("Committee") of New Louisiana Holdings, LLC ("Debtor") and this Court possessing jurisdiction to consider the Objection, and venue being proper, and notice of the Objection having been sufficient under the circumstances, and having considered the Objection, and all papers related thereto hereto filed, and the relief requested in the Objection being warranted, and good and sufficient cause appearing therefore, it is hereby:

---

[1] Unless otherwise defined herein, capitalized terms shall have the meanings ascribed to them in the Objection.

**ORDERED, ADJUDGED AND DECREED AS FOLLOWS**:

1. The below listed claim(s) of ENCORE NURSING CENTER PARTNERS is/are hereby disallowed in its/their entirety:

| Claim No. / Schedule F | Case No. | Debtor | Amount Claimed | Amount Scheduled | Disallowed Claim Amount | Objection Docket No. |
|---|---|---|---|---|---|---|
| 8 | 15-50613 | SA-ENC Blu Fountain, LLC | $6,081,003.04 | $6,020,322.00 | $6,081,003.04 | 69 |
| 53 | 15-50614 | SA-ENC Fort Myers, LLC | $6,081,003.04 | $6,930,698.00 | $6,081,003.04 | 129 |
| 2 | 15-50615 | SA-ENC Glennon Place ALF, LLC | $6,081,003.04 | $6,002,007.00 | $6,081,003.04 | 66 |
| 14 | 15-50616 | SA-ENC Glennon Place, LLC | $6,081,003.04 | $6,753,519.00 | $6,081,003.04 | 68 |
| 8 | 15-50618 | SA-ENC Park Haven, LLC | $6,081,003.04 | $6,018,629.00 | $6,081,003.04 | 66 |
| 19 | 15-50620 | SA-ENC Sunrise GP, LLC | $6,081,003.04 | $6,720,416.00 | $6,081,003.04 | 74 |
| 12 | 15-50621 | SA-ENC Tonganoxie, LLC | $6,081,003.04 | $6,346,374.00 | $6,081,003.04 | 68 |
| 9 | 15-50622 | SA-ENC VIP Manor, LLC | $6,081,003.04 | $6,045,050.00 | $6,081,003.04 | 61 |

2. Notwithstanding any stay that otherwise might be applicable to this Order, this Order shall be effective and enforceable immediately upon entry hereof.

3. This Court shall retain jurisdiction to hear and determine all matters arising from or related to the implementation, interpretation or enforcement of this Order.

###

**This order was prepared and is being submitted by:**

Francis J. Lawall (PA ID #43932)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103-2799
Telephone: (215) 9814000
Facsimile: (215) 9814750

-and-

*/s/ Rudy J. Cerone*
Rudy J. Cerone (La. Bar No. 14137)
MCGLINCHEY STAFFORD
12th Floor
601 Poydras Street
New Orleans, LA 70130
Telephone: (504) 596-2786
Facsimile: (504) 910-9362

COUNSEL FOR THE OFFICIAL COMMITTEE
OF UNSECURED CREDITORS and for the
NLAH UNSECURED CLAIMANTS TRUST